## IN THE MATTER OF ALEXIS MAISONVILLE

### 1809

#### Journal Entries

1. Facts and circumstances; recommendation . . *Journal, infra,* *p. 247
2. Copy of remission ordered transmitted . . . . . " 275
3. Order to tax costs . . . . . . . . . . " 275

PAPERS IN FILE

1. Copy of petition (in French) . . . . . . . . *Printed in Vol. 2*
2. Copy of letter from secretary of treasury . . . . "
3. Copy of remission of penalty . . . . . . . . "
4. Capias and return in action of debt . . . . . . . . . .
5. Subpoena for Samuel Osburn . . . . . . . . . . .
6. Subpoena for Louis Charles Boite and Silas Clop . . . . . . . .